IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

O.M. MASON,

      Plaintiff,

v.                                              No. 05-2636-B

AMERICAN INTERNATIONAL
GROUP, INC., et al.

      Defendants

---

### ORDER OF RECUSAL

---

The undersigned hereby recuses himself from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case.

IT IS SO ORDERED.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: 9/14/05

Document entered on the docket sheet in compliance
Rule 58 and / 79(a) FRCP on

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02636 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT