IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 OCT 14 PM 4: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| O.M. MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN INTERNATIONAL GROUP, INC.; | ) |
| AMERICAN GENERAL CORPORATION; | ) |
| AMERICAN GENERAL FINANCE, INC.; | ) Civil Action No. 05-2636 D V |
| AMERICAN GENERAL FINANCIAL SERVICES, INC.; | ) |
| US LIFE CREDIT LIFE INSURANCE COMPANY; | ) |
| MERIT LIFE INSURANCE COMPANY; | ) |
| SHANNON RHODES; and Fictitious Defendants "A", "B", | ) |
| and "C", whether singular or plural, those other persons, | ) |
| corporations, firms, or other entities whose wrongful | ) |
| conduct caused the injuries and damages to the Plaintiff, | ) |
| all of whose true and correct names are unknown to | ) |
| Plaintiff at this time, but will be substituted | ) |
| by amendment when ascertained, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING
## THE PARTIES'
## AGREED JOINT INTERIM MOTION
## FOR EXTENSION OF TIME TO RESPOND TO
## PLAINTIFF'S MOTION TO REMAND

CAME BEFORE THE COURT the "Parties' Agreed Joint Interim Motion for Extension of Tim to Respond to Plaintiff's Motion to Remand." Having considered the joint submission of the movants, and considering that such is a joint motion of Plaintiffs and Defendants American General Financial Services, Inc. ("AGFS"), formerly known as American General Financial Services, Inc., a Tennessee corporation, on behalf of itself and as successor to American General Finance, Inc., a Tennessee corporation, Merit Life Insurance Company, US Life Credit Life

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Insurance Company and Shannon Rhodes, this Court FINDS the relief jointly requested to be well-taken.

Accordingly, it is hereby ORDERED that:

(1) In the event the Court grants Defendants' pending Motion for Extension of Time to Complete Remand Related Discovery (10/07/05 Defs. Ext. & Disc. Mtn., docket no. 16), the Court's Order will set the date by which all Defendants must respond to Plaintiff's Motion to Remand;

(2) Alternatively, in the event the Court denies Defendants' pending Motion for Extension of Time to Complete Remand Related Discovery (10/07/05 Defs. Ext. & Disc. Mtn., docket no. 16), all Defendants shall have ten business days after service of any such Order upon the Parties by which to file their Memorandum in Opposition to Remand;

(3) The instant Order is without prejudice to the Court's consideration of Defendants' pending Motion for Extension of Time to Complete Remand Related Discovery (10/07/05 Defs. Ext. & Disc. Mtn., docket no. 16), which shall be separately considered and adjudicated by the Court; and

(4) Nothing in this Agreed Order shall constitute an admission by Plaintiffs that Defendants' pending Motion for Extension of Time to Complete Remand Related Discovery (10/07/05 Defs. Ext. & Disc. Mtn., docket no. 16), is meritorious or should be granted.

SO ORDERED, this the 14th day of October, 2005.

MEMPHIS 175041v1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02636 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT